UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-06319 |
| VERNON MOORE | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $17,000.00, with financing of up to 20% interest, with monthly payments of up to $400.00 per month for a 2014 Nissan Rogue or similar vehicle.

2. The Debtor is granted leave to have this motion heard on shortened notice.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 08, 2018

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100